**Opinion issued March 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00767-CV

_____

### COUJAUNIA MORRIS, Appellant

### V.

### HOME SFR BORROWER LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1207876**

---

## MEMORANDUM OPINION

Appellant's brief was due on December 29, 2023. On January 17, 2024, the Court issued a notice to appellant that the brief was past due and that the appeal might be dismissed unless appellant filed a brief or motion for extension within 10 days. No response was filed.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(b), 43.2(f).

Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.